ESTHER GERSHON, as Administratrix of the Estate of SAMUEL GERSHON, Deceased, Appellant, *v.* CITY OF NEW YORK et al., Respondents.

Argued January 22, 1942; decided March 5, 1942.

*Harold M. Phillips* for appellant.

*William C. Chanler, Corporation Counsel* (*Charles F. Murphy, Paxton Blair* and *Irving Galt* of counsel), for City of New York, respondent.

Judgments reversed and a new trial granted, with costs to the appellant to abide the event, on the ground that the trial judge by erroneous rulings prevented plaintiff from producing evidence which it is claimed would have sustained the plaintiff's cause of action. No opinion.

Concur: FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ. Disenting: LEHMAN, Ch. J., and LOUGHRAN, J.